IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMANTHA HEAD                                                                                    PLAINTIFF

V.                                               4:21CV00916 JM

KILOLO KIJAKAZI, Acting Commissioner
of the SOCIAL SECURITY ADMINISTRATION,
ET AL,                                                                                              DEFENDANTS

## ORDER

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis*. The motion (Docket #1) is hereby GRANTED. The applicant may proceed without prepayment of fees and costs or security. However, Plaintiff has not provided a mailing address for any of the Defendants named in her Complaint. In order to prepare the summonses and serve them, Plaintiff will need to furnish the mailing addresses of each Defendant. Plaintiff is directed to file the mailing addresses on or before October 28, 2021. If the Plaintiff needs additional time, she may file a motion with the Court. If Plaintiff fails to provide the addresses by October 24, 2021 and fails to seek an extension, the Complaint may be dismissed for failure to prosecute.

Plaintiff's Motion for Leave to Proceed IFP (Docket #1) is GRANTED.

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE