AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

Samantha Head

*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.

*Defendant(s)*

Civil Action No. 4:21-cv-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Attorney General
10th & Constitution Ave.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00457-KGB-JTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD
*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.
*Defendant(s)*

Civil Action No. 4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Office of Regional Chief Counsel - Suite 350
Social Security Administration
1301 Young St., Mailroom 104
Dallas, TX 75202-5433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| Samantha Head <br><br> *Plaintiff(s)* <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:21-cv-00916-JM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        U.S. Attorney
        425 W. Capitol Ave.
        Little Rock, AR 72201

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mickey Stevens
        American Disability Action Group, PLLC
        2615 N. Prickett Rd, Ste 2
        Bryant, AR 72022

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

                                                                                        *CLERK OF COURT*

                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00457-KGB-JTK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                          *Server's signature*

                                _____
                                          *Printed name and title*

                                _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | ) | |
|---|---|---|
| Samantha Head | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:21-cv-00916-JM |
| KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity. | ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Kilolo Kijakazi, Acting Commissioner
  Social Security Administration
  1100 West High Rise
  6401 Security Blvd.
  Baltimore, MD 21235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Mickey Stevens
  American Disability Action Group, PLLC
  2615 N. Prickett Rd, Ste 2
  Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00457-KGB-JTK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD

*Plaintiff(s)*

v.

KILOLOKIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.

*Defendant(s)*

Civil Action No. 4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Austin Doe
3608 East Kiehl Ave.
Sherwood, AR 72120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD

*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.

*Defendant(s)*

Civil Action No.  4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Casey Hendrix
3608 East Kiehl Ave.
Sherwood, AR 72120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD

*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity;
MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.

*Defendant(s)*

Civil Action No. 4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jacob Doe # 1
3608 East Kiehl Ave.
Sherwood, AR 72120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD

*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity;
MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.

*Defendant(s)*

Civil Action No. 4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jacob Doe  # 2
700 W. Capitol Ave., Rm. 1201
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD

*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity;
MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually
and in his official capacity.

*Defendant(s)*

Civil Action No. 4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin Brooks
4750 S. Garnett Rd.
Tulsa, OK 74146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

SAMANTHA HEAD

*Plaintiff(s)*

v.

KILOLO KIJAKAZI, Acting Commissioner SOCIAL SECURITY ADMINISTRATION; CASEY HENDRIX, individually and in his/her official capacity; JACOB DOE # 1, individually and in his official capacity; MR. WEXLER, individually and in his official capacity; KEVIN BROOKS, individually and in his official capacity; And JACOB DOE #2, individually and in his official capacity; AUSTIN DOE, individually and in his official capacity.

*Defendant(s)*

Civil Action No. 4:21-CV-00916-JM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Wexler
3608 East Kiehl Ave.
Sherwood, AR 72120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mickey Stevens
American Disability Action Group, PLLC
2615 North Prickett Road, Ste 2
Bryant, AR 72022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*