UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| SAMANTHA HEAD, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>ET AL, )<br>    Defendants. ) | CIVIL NO. 4:21-cv-00916-ERE |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT

The Defendant, Kilololo Kijakazi, Acting Commissioner of Social Security, hereby moves the court to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Said motion is based on the above-cited statute, supporting declaration, and memorandum of law.

Dated: 1/18/2022

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

STACEY E. McCORD
Assistant U.S. Attorney
Eastern District of Arkansas

CHRISTOPHER G. HARRIS
Acting Regional Chief Counsel, Dallas

By:  /s/ Emily Carroll
EMILY CARROLL
Special Assistant United States Attorney
Texas Bar No. 24069476
Social Security Administration
Office of the General Counsel-Suite 350
1301 Young Street, Mailroom 104
Dallas, Texas 75202
Phone: (214) 767-4635

2

Fax: (214) 767-4117
emily.carroll@ssa.gov

2