```
                                              February 8, 2019, 09:18
                                                            PAGE   1
          NH                                  SG-SSA-16


                                      --------------------
                                      : UNIT: AP1S04    :
                                      :                 :
                                      :                 :
                                      :                 :
                                      :                 :
                                      :                 :
                                      :                 :
                                      --------------------


          SAMANTHA MARIE HEAD
          1405 MADDEN RD
          JACKSONVILLE AR 72076
```

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On November 8, 2018, we talked with you and completed your application for
SOCIAL SECURITY BENEFITS. We stored this information electronically in our
records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM
ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT,
AS PRESENTLY AMENDED.

MY NAME IS SAMANTHA MARIE HEAD.

I HAVE USED THE FOLLOWING NAME(S):
            SAMANTHA MARIE WILLIAMS

MY SOCIAL SECURITY NUMBER IS              .

MY DATE OF BIRTH IS                  .

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON November 1, 2018.

I AM STILL DISABLED.

A PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION
BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC
DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY
BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I AM MARRIED TO SAMANTHA KERTZ. WE WERE MARRIED ON May 13, 2014 IN AR BY A
CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS
AND SOCIAL SECURITY NUMBER IS              .

February 8, 2019, 09:18
PAGE    2

NH                                          SG-SSA-16

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR
SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO
MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES
CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AGREE WITH THE EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT.
WORK:FOREIGN-2017=N 2018=N         USTAXESPD-2017=? 2018=?

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR
REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A
RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER
FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE
GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.


MY TELEPHONE NUMBER IS (                    .

SOCIAL SECURITY ADMINISTRATION
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE

DATE:

SAMANTHA MARIE HEAD                          Claim Number:
1405 MADDEN RD
JACKSONVILLE AR 72076

We are writing about your claim for Social Security disability benefits. Based on a review of
your health problems you do not qualify for benefits on this claim. This is because you are not
disabled under our rules.

**The Decision on Your Case**

The following report(s) was/were used to decide this claim:

PROFESSIONAL COUNSELING ASSOC. report received 01/16/2019
DAUGHERTY MEDICAL CLINIC report received 12/27/2018
SEARCY MEDICAL CENTER report received 01/02/2019
AR SPECIALTY HAND CENTER report received 12/27/2018
GEORGE M. DEROECK, PSY.D. report received 01/22/2018

You said that you became disabled on 11/01/2018 because of chronic back problems,
neurogenic bowel and bladder, bipolar disorder, incontinence, and a traumatic brain
injury.

The evidence shows while your conditions may limit your activities, your limitations are not
severe enough to be considered disabling according to Social Security disability guidelines at
this time.

Based on your age and your education, you can do some types of work.

We have determined that your condition is not severe enough to keep you from working. We
considered the medical and other information, your age, education, training, and work experience
in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social
Security office about filing another application.

**ABOUT THE DECISION**

Doctors and other trained staff looked at this case and made this decision. They work for the
state but used our rules.

Please remember that there are many types of disability programs, both government and private,
which use different rules. A person may be receiving benefits under another program and still
not be entitled under our rules. This may be true in this case.

XXX-XX-          HEAD, SAMANTHA MARIE

RULES FOR SOCIAL SECURITY DISABILITY

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

- . keep you from doing any kind of substantial work (described below), and

- . last, or be expected to last, for at least 12 months in a row, or result in death.


INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1220 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

**IF YOU DISAGREE WITH THE DECISION**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case.

- . You have 60 days to ask for an appeal.

- . The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- . You must have a good reason for waiting more than 60 days to ask for an appeal.

- . You have to ask for an appeal in writing. We will ask you to complete a form SSA-561-U2, called "Request for Reconsideration." You may contact one of our offices or call 1-800-772-1213 to request this form.  Or, you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.

- . In addition, you should complete a "Disability Report-Appeal" to tell us about your medical condition since you filed your claim. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete this report online after you complete the online Request for Reconsideration.


**NEW APPLICATION**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- . you might lose some benefits, or not qualify for any benefits, and

- . we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

XXX-XX-     HEAD, SAMANTHA MARIE

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

## Other Information

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you have not already received a decision about your payments under the Supplemental Security Income program, you will receive a separate notice shortly.

### IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (877) 512-3854. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

                        3608 EAST KIEHL AVE
                        SHERWOOD, AR 72120

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

### Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).


                        Social Security Administration


02/YLK074691/ylk074691 0001                              E37
DMA Case:  Y

XXX-XX-        HEAD, SAMANTHA MARIE

Form **SSA-561-U2** (02-2019) UF (06-2019)
Destroy Prior Editions
Social Security Administration

Page 1 of 4
OMB No. 0960-0622

## REQUEST FOR RECONSIDERATION

| NAME OF CLAIMANT: | CLAIMANT SSN: | CLAIM NUMBER: *(If different than SSN)* |
|---|---|---|
| Samantha M Head | | |

ISSUE BEING APPEALED: *(Specify if retirement, disability, hospital or medical, SSI, SVB, overpayment, etc.)*

MEDICAL

I do not agree with the Social Security Administration's (SSA) determination and request reconsideration.
My reasons are:

ABANDONED IAPPEAL NONRESPONDER

---

### SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) RECONSIDERATION ONLY

#### THREE WAYS TO APPEAL

I want to appeal your determination about my claim for SSI or SVB. I have read about the three ways to appeal.
I have checked the box below:

☐ **CASE REVIEW - You can pick this kind of appeal in all cases**. You can give us more facts to add to your file. Then we will decide your case again. You do not meet with the person who decides your case.

☐ **INFORMAL CONFERENCE - You can pick this kind of appeal in all SSI cases except for medical issues. In SVB cases, you can pick this kind of appeal only if we are stopping or lowering your SVB payment.** You will meet with a person who will decide your case. You can tell that person why you think you are right. You can give us more facts to help prove you are right. You can bring other people to help explain your case.

☐ **FORMAL CONFERENCE - You can pick this kind of appeal only if we are stopping or lowering your SSI or SVB payment.** This meeting is like an informal conference, but we can also get people to come in and help prove you are right. We can do this even if they do not want to help you. You can question these people at your meeting.

## CONTACT INFORMATION

| CLAIMANT SIGNATURE - *OPTIONAL:* | NAME OF CLAIMANT'S REPRESENTATIVE: *(If any)* |
|---|---|
| | |
| MAILING ADDRESS: 1405 MADDEN RD | MAILING ADDRESS: |

| CITY: | STATE: | ZIP CODE: | CITY: | STATE: | ZIP CODE: |
|---|---|---|---|---|---|
| JACKSONVILLE | AR | 72076 | | | |

| TELEPHONE NUMBER: *(Include area code)* (501) 533-7284 | DATE: | TELEPHONE NUMBER: *(Include area code)* | DATE: |
|---|---|---|---|

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

| | |
|---|---|
| 1. HAS INITIAL DETERMINATION BEEN MADE?  ☒ Yes  ☐ No | **FIELD OFFICE DEVELOPMENT (GN 03102.300)** |
| 2. IS THIS REQUEST FILED TIMELY? ☒ Yes ☐ No *(If "NO", attach claimant's explanation for delay. Refer to GN 03101.020)* | ☐ NO FURTHER DEVELOPMENT REQUIRED<br>☐ REQUIRED DEVELOPMENT ATTACHED<br>☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS |
| **SOCIAL SECURITY OFFICE ADDRESS AND DATE APPEAL RECEIVED:**<br>ABANDONED IAPPEAL START DATE 02/10/2019 | **SSI CASES ONLY - GOLDBERG KELLY (GK) (SI 02301.310)** RECIPIENT APPEALED AN ADVERSE ACTION:<br>☐ WITHIN 10 DAYS AFTER RECEIVING THE ADVANCE NOTICE;<br>☐ AFTER THE 10-DAY PERIOD AND GOOD CAUSE EXISTS FOR EXTENDING THE TIME LIMIT<br>☐ PAYMENT CONTINUATION APPLIES AND INPUT MADE TO SYSTEM |

**NOTE:** Take or mail the **completed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service post and keep a copy for your records.

Claims Folder

# ADMINISTRATIVE ACTIONS THAT ARE INITIAL DETERMINATIONS
## (See GN03101.070, GN03101.080, and SI04010.010)

**NOTE:** These lists cover the vast majority of administrative actions that are initial determinations. However, they are not all inclusive.

## Title II

1. Entitlement or continuing entitlement to benefits;
2. Reentitlement to benefits;
3. The amount of benefit;
4. A recomputation of benefit;
5. A reduction in disability benefits because benefits under a worker's compensation law were also received;
6. A deduction from benefits on account of work;
7. A deduction from disability benefits because of claimant's refusal to accept rehabilitation services;
8. Termination of benefits;
9. Penalty deductions imposed because of failure to report certain events;
10. Any overpayment or underpayment of benefits;
11. Whether an overpayment of benefits must be repaid;
12. How an underpayment of benefits due a deceased person will be paid;
13. The establishment or termination of a period of disability;
14. A revision of an earnings record;
15. Whether the payment of benefits will be made, on the claimant's behalf to a representative payee, unless the claimant is under age 18 or legally incompetent;
16. Who will act as the payee if we determine that representative payment will be made;
17. An offset of benefits because the claimant previously received Supplemental Security Income payments for the same period;
18. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that the claimant will not have to return to the disability benefit rolls and thus, whether the claimant's benefits may be continued even though the claimant is not disabled;
19. Nonpayment of benefits because of claimant's confinement for more than 30 continuous days in a jail, prison, or other correctional institution for conviction of a criminal offense;
20. Nonpayment of benefits because of claimant's confinement for more than 30 continuous days in a mental health institution or other medical facility because a court found the individual was not guilty for reason of insanity; a court found that he/she was incompetent to stand trial or was unable to stand trial for some other similar mental defect; or, a court found that he/she was sexually dangerous.

## Title XVI

1. Eligibility for, or the amount of, Supplemental Security Income benefits;
2. Suspension, reduction, or termination of Supplemental Security Income benefits;
3. Whether an overpayment of benefits must be repaid;
4. Whether payments will be made, on claimant's behalf to a representative payee, unless the claimant is under age 18, legally incompetent, or determined to be a drug addict or alcoholic;
5. Who will act as payee if we determine that representative payment will be made;
6. Imposing penalties for failing to report important information;
7. Drug addiction or alcoholism;
8. Whether claimant is eligible for special SSI cash benefits;
9. Whether claimant is eligible for special SSI eligibility status;
10. Claimant's disability; and
11. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that claimant will not have to return to the disability benefit rolls and thus, whether claimant's benefits may be continued even though he or she is not disabled.

**NOTE:  Every redetermination which gives an individual the right of further review constitutes an initial determination.**

## Title VIII (See VB 02501.035)
1. Meeting or failing to meet the qualifying and/or entitlement factors for special veterans benefits (SVB);
2. Reduction, suspension or termination of SVB payments;
3. Applicability of a disqualifying event prior to SVB entitlement;
4. Administrative actions in SVB cases similar to those listed under Title II-items 3, 4, 10, 11 & 16.

## Title XVIII
1. Entitlement to hospital insurance benefits and to enrollment for supplementary medical insurance benefits;
2. Disallowance (including denial of application for HIB and denial of application for enrollment for SMIB);
3. Termination of benefits (including termination of entitlement to HI and SMI).
4. Initial determinations regarding Medicare Part B income-related premium subsidy reductions.

Form **SSA-561-U2** (06-2019) UF (06-2019)
Destroy Prior Editions
Social Security Administration

Page 3 of 4
OMB No. 0960-0622

## REQUEST FOR RECONSIDERATION

| NAME OF CLAIMANT: | CLAIMANT SSN: | CLAIM NUMBER: *(If different than SSN)* |
|---|---|---|

ISSUE BEING APPEALED: *(Specify if retirement, disability, hospital or medical, SSI, SVB, overpayment, etc.)*

I do not agree with the Social Security Administration's (SSA) determination and request reconsideration. My reasons are:

---

### SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) RECONSIDERATION ONLY

#### THREE WAYS TO APPEAL

I want to appeal your determination about my claim for **SSI** or **SVB**. I have read about the three ways to appeal. I have checked the box below:

☐ **CASE REVIEW - You can pick this kind of appeal in all cases**. You can give us more facts to add to your file. Then we will decide your case again. You do not meet with the person who decides your case.

☐ **INFORMAL CONFERENCE - You can pick this kind of appeal in all SSI cases except for medical issues. In SVB cases, you can pick this kind of appeal only if we are stopping or lowering your SVB payment.** You will meet with a person who will decide your case. You can tell that person why you think you are right. You can give us more facts to help prove you are right. You can bring other people to help explain your case.

☐ **FORMAL CONFERENCE - You can pick this kind of appeal only if we are stopping or lowering your SSI or SVB payment.** This meeting is like an informal conference, but we can also get people to come in and help prove you are right. We can do this even if they do not want to help you. You can question these people at your meeting.

### CONTACT INFORMATION

| CLAIMANT SIGNATURE - *OPTIONAL:* | NAME OF CLAIMANT'S REPRESENTATIVE: *(If any)* |
|---|---|
| MAILING ADDRESS: | MAILING ADDRESS: |
| CITY:          STATE:          ZIP CODE: | CITY:          STATE:          ZIP CODE: |
| TELEPHONE NUMBER: *(Include area code)*          DATE: | TELEPHONE NUMBER: *(Include area code)*          DATE: |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

| | |
|---|---|
| 1. HAS INITIAL DETERMINATION BEEN MADE?  ☐ Yes ☐ No | **FIELD OFFICE DEVELOPMENT (GN 03102.300)** |
| 2. IS THIS REQUEST FILED TIMELY? ☐ Yes ☐ No  *(If "NO", attach claimant's explanation for delay. Refer to GN 03101.020)* | ☐ NO FURTHER DEVELOPMENT REQUIRED<br>☐ REQUIRED DEVELOPMENT ATTACHED<br>☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS |
| **SOCIAL SECURITY OFFICE ADDRESS AND DATE APPEAL RECEIVED:** | **SSI CASES ONLY - GOLDBERG KELLY (GK) (SI 02301.310)** RECIPIENT APPEALED AN ADVERSE ACTION:<br>☐ WITHIN 10 DAYS AFTER RECEIVING THE ADVANCE NOTICE;<br>☐ AFTER THE 10-DAY PERIOD AND GOOD CAUSE EXISTS FOR EXTENDING THE TIME LIMIT<br>☐ PAYMENT CONTINUATION APPLIES AND INPUT MADE TO SYSTEM |

**NOTE:** Take or mail the **completed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service post and keep a copy for your records.

**Claimant**

# HOW TO APPEAL YOUR SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFIT (SVB) DECISION

Now that you picked the kind of appeal that fits your case, fill out this form or we'll help you fill it out. You can have a lawyer, friend, or someone else help you with your appeal. There are groups that can help you with your appeal. Some can give you a free lawyer. We can give you the names of these groups.

**NOTE: DON'T FILL OUT THIS FORM IF WE SAID WE'LL STOP YOUR DISABILITY CHECK FOR MEDICAL REASONS OR BECAUSE YOU'RE NO LONGER BLIND. WE'LL GIVE YOU THE RIGHT FORM (SSA-789-U4) FOR YOUR APPEAL.**

The information on this form is authorized by regulation (20 CFR 404.907 - 404.921 and 416.1407 - 416.1421) and Public Law 106-169 (section 809(a)(1) of section 251(a)). While your response to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

## Privacy Act Statement
## Request for Reconsideration

Sections 205, 702(a)(5), 809(a), 809(b), 1631, 1633, and 1869(b) allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from re-evaluating the decision on your claim.

We will use the information to determine your eligibility for benefits and administer our programs. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his/her affairs or his/her eligibility for or entitlement to benefits under the Social Security program.

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration in the efficient administration of its programs.

3. To the Center for Medicare & Medicaid Services (CMS), for the purpose of administering Medicare Part A, Part B, Medicare Advantage Part C, and Medicare Part D, including but not limited to: Medicare Part C enrollment and premium collection processes; Part D enrollment and premium collection processes; Medicare Part B premium reduction based on participation in a Part C plan; and Medicare Part B enrollment and income-related monthly adjustment amount determinations, appeals of determinations, and premium collections.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs). There are several SORNs that govern the collection of this information, including 60-0089, entitled Claims Folder System, and 60-0321, entitled Medicare Database File. Additional information and a full listing of all our SORNs and applicable routine uses are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 8 minutes to read the instructions, gather the facts, and answer the questions.

**SEND THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* **Send only comments relating to our time estimate to this address, not the completed form.**

```
                                            January 6, 2020, 18:16
                                                          PAGE    1
    NH                                      SG-SSA-16


                                      --------------------
                                      : UNIT: JOJBBB     :
                                      :                  :
                                      :                  :
                                      :                  :
                                      :                  :
                                      :                  :
                                      :                  :
                                      --------------------


          SAMANTHA MARIE HEAD
          1405 MADDEN RD
          JACKSONVILLE AR 72076
```

        APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On December 20, 2019, we talked with you and completed your application for
SOCIAL SECURITY BENEFITS. We stored this information electronically in our
records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM
ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT,
AS PRESENTLY AMENDED.

MY NAME IS SAMANTHA MARIE HEAD.

I HAVE USED THE FOLLOWING NAME(S):
                SAMANTHA MARIE WILLIAMS

MY SOCIAL SECURITY NUMBER IS                    .

MY DATE OF BIRTH IS                    .

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON April 30, 2019.

I AM STILL DISABLED.

A PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION
BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC
DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY
BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I AM MARRIED TO SAMANTHA KERTZ. WE WERE MARRIED ON May 13, 2014 IN AR BY A
CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS
AND SOCIAL SECURITY NUMBER IS                .

NH                                              SG-SSA-16

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR
SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO
MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES
CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

I DO NOT HAVE A BANK ACCOUNT.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR
REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A
RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER
FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE
GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.


MY TELEPHONE NUMBER IS (                    .

# Social Security Administration
## Important Information

M1

Social Security Administration

3608 EAST KIEHL AVE
SHERWOOD, AR 72120
Date: February 11, 2020
BNC#: 20M1886F71786-A

SAMANTHA M HEAD
1405 MADDEN RD
JACKSONVILLE, AR   72076


On February 10, 2019, you started an appeal in iAppeals.
However, we were unable to process your appeal.  For us to
process your appeal, you need to complete and then submit to us
forms SSA-3441 Disability Report - Appeal and SSA-827
Authorization to Disclose Information to the Social Security
Administration.

**What To Do Next**
1. Complete the SSA-3441 and the SSA-827.  You can find these
   forms on the SSA.gov Website's Forms link.  You can also
   call 1-800-772-1213 or the local Social Security office at
   877-512-3854 to request the forms.  TTY users may call
   1-800-325-0778.

2. Submit the completed forms and any additional evidence you
   may have to us by March 12, 2020.  Please mail or take
   the forms and any evidence to the local Social Security
   field office listed in this notice.

**What Will Happen**
After we receive your SSA-3441 and SSA-827, and any evidence, we
will process your appeal.  If we do not receive the forms by
March 12, 2020, we will process your appeal with the information
currently in your file.

**If You Have Any Questions**
If you have any questions or need help with completing the
forms, you can call us at 1-800-772-1213 or call the local
Social Security office at 877-512-3854.  TTY users may call
1-800-325-0778.  You may also visit the local Social Security
office listed in this notice.  If you call us or visit an
office, please have this notice with you.  It will help us
answer your questions.  If you plan to visit an office, you may
call ahead and make an appointment.  This will help us serve you
more quickly.

*Social Security Administration*

**REPORT OF CONTACT**

*(Use ink or typewriter)*

ACCOUNT NUMBER AND SYMBOL

| TO: | NE ☐ | MAT ☐ | SE ☐ | GL ☐ | WN ☐ | MAM ☐ |
|-----|------|-------|------|------|------|-------|
| | | ODO ☐ | OIO ☐ | DDS ☐ | | |

NAME OF WAGE EARNER OR SE PERSON

PERSON(S) CONTACTED AND ADDRESSES   ☐ WE OR SE  PERSON  ☐ OTHER (Specify)

**CONTACT MADE:**

☐ DO ☐ BO ☐ CS ☐ HOME ☐ PHONE:          ☐ OTHER

DATE OF CONTACT

**SUBJECT**

```
ABANDONED IAPPEAL WITH SUBSEQUENT CLAIM INVOLVED.

ABANDONED IAPPEAL
CLAIM TYPE: DIB
FILING DATE: 11/07/2018
DENIAL DATE: 02/08/2019
LEVEL OF DENIAL: IC
IAPPEAL START DATE: 02/10/2019
APPEAL LEVEL: RCN

SUBSEQUENT APP
CLAIM TYPE: DIB
FILING DATE: 11/22/2019
PENDING LEVEL: IC

03/16/2020-3441/827 REQUESTED 02/04/2020. AS OF TODAY, THEY HAVE MADE NO CONTACT AND
HAVE NOT SUBMITTED REQUESTED FORMS.
```

SIGNATURE

*Casey Hedrick*

DISTRICT OFFICE (Name, Address & Code)

E37 SHERWOOD, AR

☐ CR  ☐ FR  ☐ SR    CLAIMS  ☐ CLERICAL

☒ OTHER (Specify)   TE

DATE OF REPORT

03/16/2020

PAGE 1 OF 1

Form **SSA-5002** (8-1981) ef (12-2004)

| REPORT OF CONTACT | ACCOUNT NUMBER AND SYMBOL |
|---|---|
| **(Use ink or typewriter)** | |

|  | NE | MAT | SE | GL | WN | MAM | NAME OF WAGE EARNER OR SE PERSON |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| **TO:** | ODO | OIO | DDS | | | | |
| | ☐ | ☐ | ☒ | | | | HEAD,  SAMANTHA MARIE |

PERSON(S) CONTACTED AND ADDRESSES   ☐ WE OR SE PERSON   ☐ OTHER (Specify)

| CONTACT MADE: | | DATE OF CONTACT |
|---|---|---|
| ☐ DO ☐ BO ☐ CS ☐ HOME ☐ PHONE:          ☐ OTHER | | 03/19/2020 |

**SUBJECT** IM 18036 REV  shows

a) Subsequent application is pending at the initial level and Abandoned iAppeal claim is pending at the reconsideration level- If the FO has not escalated the subsequent application, the DDS will add an SSA-5002 to the Abandoned iAppeals case requesting that the FO escalate the subsequent application to the reconsideration level and consolidate the claims. DDS staff should then send the case back to the FO as a "No Determination" (ND). The FO will consolidate the claims and send the case back to the DDS for a medical determination that covers both claims. The FO will follow existing reconsideration escalation procedures.

SIGNATURE

*Jenny Hunter*

| DISTRICT OFFICE (Name, Address & Code) | | | CLAIMS | DATE OF REPORT |
|---|---|---|---|---|
| ARKANSAS DISABILITY DETERMINATION-SSA<br>701 PULASKI STREET<br>LITTLE ROCK, AR 72201-9750 | ☐ CR   ☐ FR   ☐ SR       ☐ CLERICAL<br>☐ OTHER (Specify) | | | 03/19/2020<br>PAGE 1 OF 1 |

Form **SSA-5002** (8-1981)  ef (12-2004)

# SOCIAL SECURITY ADMINISTRATION
## RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
### Notice of Reconsideration



DATE:                    **OCT 21 2020**

SAMANTHA MARIE HEAD
1405 MADDEN RD
JACKSONVILLE AR 72076

Claim Number:
Claim for: Disability Insurance Benefits

Upon receipt of your request for reconsideration we had your claim independently
reviewed by a physician and disability examiner in the State agency which works
with us in making disability determinations. The evidence in your case has been
thoroughly evaluated; this includes the medical evidence and any additional
information received since the original decision. We find that the previous
determination denying your claim was proper under the law.  The attached page
identifies the legal requirements for this type of claim.

## THE DECISION ON YOUR CASE

The following report(s) was/were used to decide this claim in addition to those listed on our
previous notice.

ORTHOARKANSAS, PA report received 04/14/2020
ARCARE report received 08/06/2020
ARKANSAS SPINE & PAIN report received 08/05/2020
BENJAMIN SILBER, PH.D. report received 09/20/2020

You said that you were unable to work on because of spinal cord problems,
degenerative disc disease, chronic pain, brown sequards syndrome, neurogenic bowel,
neurogenic bladder, urine retention, stress incontinence, bladder problems, post
traumatic stress disorder, traumatic brain injury, and anxiety.

The evidence shows that while your condition may cause you some problems, you do not meet the
requirements to qualify for Social Security disability benefits at this time. After reviewing
all the information in your file, we still find your condition cannot be considered
disabling.

Based on your age and your education, you can do some types of work.

To be considered disabled, a person must be unable to do any substantial gainful work due to a
medical condition which has lasted or is expected to last for at least 12 months in a row. The
condition must be severe enough to keep a person from working not only in his or her usual
job, but in any other substantial gainful work. We look at the person's age, education,
training and work experience when we decide whether he or she can work.

The determination on your claim was made by an agency of the State. It was not made by your
own doctor or by other people or agencies writing reports about you. However, any evidence

XXX-XX-        HEAD, SAMANTHA MARIE                    01100397

they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this noti You may make your request through any Social Security office or on the Internet at http://www.socialsecurity.gov/disability/appeal. As part of the appeal process, you also need to tell us about your current medical condition. We provide a form for doing that, the Disability Report-Appeal. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online after you complete the online Request for Hearing by Administrative Law Judge. Read the enclosed leaflet for a full explanation of your right to appeal.

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security Office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before she or he can collect it. And, if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

o you might lose some benefits, or not qualify for any benefits, and
o we could deny the new application using this decision, if the facts and
  issues are the same.

So, if you disagree with this decision, you should file an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (877) 512-3854. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

                        3608 EAST KIEHL AVE
                        SHERWOOD, AR 72120

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Enclosures:  SSA Pub. No. 70-10281                **Social Security Administration**

DMA Case:  N
02/KRM073697/krm073697  0088

XXX-XX-        HEAD, SAMANTHA MARIE                              02100397

\*\*\*   REC 2021229· 123926 HD5F1381 STGE   CIPCMAB   PCAB   (F-STG )   \*\*\*

August 17, 2021, 12:39
PAGE   1

NH

```
: UNIT: EAC       :
:                 :
:                 :
:                 :
:                 :
:                 :
```

SAMANTHA MARIE HEAD
1405 MADDEN RD
JACKSONVILLE AR 72076

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On December 1, 2020, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

o  Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.

o  If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.

o  If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS SAMANTHA MARIE HEAD.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE SHE IS STILL UNABLE TO WORK

I HAVE NO ADDITIONAL EVIDENCE TO SUBMIT.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

NH

I AM REPRESENTED BY MICKEY STEVENS, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE December 1, 2020.

SOCIAL SECURITY ADMINISTRATION
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

Form Approved
OMB No. 0960-0269

## REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE
(Take or mail the signed original to your local Social Security office, the Veterans Affairs
Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records)

See
Privacy Act Notice

| 1. CLAIMANT NAME  Samantha Head | CLAIMANT SSN | 2. WAGE EARNER NAME, IF DIFFERENT |
|---|---|---|
| 3. CLAIMANT CLAIM NUMBER, IF DIFFERENT  -- -- | 4. SPOUSE'S NAME, IF NOT WAGE EARNER | SPOUSE'S CLAIM NUMBER OR SSN |

**5. I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE.** I disagree with the determination made on my claim because:

She is still unable to work

DEC 0 1 2020

An Administrative Law Judge of the Social Security Administration's Office of Disability Adjudication and Review or the Health and Human Services will be appointed to conduct the hearing or other proceedings in your case. You will receive notice of the time and place of a hearing at least 20 days before the date set for a hearing.

| 6. I have additional evidence to submit. ☐ Yes ☒ No |
|---|
| Name and address of source of additional evidence: |
| |
| |
| (Please submit it to the hearing office within 10 days. Your servicing Social Security Office will provide the address. Attach an additional sheet if you need more space.) |

7. Do not complete if the appeal is a Medicare issue.
Check one of the blocks:
☒ I wish to appear at a hearing.
☐ I do not wish to appear at a hearing and I request that a decision be made based on the evidence in my case. (Complete Waiver Form HA-4608)

You have a right to be represented at the hearing. If you are not represented but would like to be, your Social Security office will give you a list of legal referral and service organizations. If you are represented and have not done so previously, complete and submit form SSA-1696 (Appointment of Representative) unless you are appealing a Medicare issue.
Regardless of the issue you are appealing, you should complete No. 8 and your representative (if any) should complete No. 9. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc., in No. 9.
I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| 8. (CLAIMANT'S SIGNATURE)   (DATE)  X | 9. (REPRESENTATIVE'S SIGNATURE/NAME)   (DATE)  Mickey Stevens   11/23/2020 |
|---|---|
| ADDRESS  1405 Madden Road | (ADDRESS) ☐ ATTORNEY; ☐ NON-ATTORNEY;  2615 N. Prickett Road Suite 2 |
| CITY  Jacksonville   STATE  AR   ZIP CODE  72076 | CITY  Bryant   STATE  AR   ZIP CODE  72022 |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER  501-481-8923   FAX NUMBER  877-338-6063 |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION-ACKNOWLEDGMENT OF REQUEST FOR HEARING

10. Request received for the Social Security Administration on _____ (Date) by: _____ (Print Name)

(Title) _____ (Address) _____ (Servicing FO Code) _____ (RO Code)

11. Was the request for hearing received within 65 days of the reconsidered determination?   ☐ YES   ☐ NO
If no is checked, attach claimant's explanation for delay; and attach copy of appointment notice, letter, or other pertinent material or information in the Social Security office.

| 12. Claimant is represented   ☐ Yes  ☐ No  ☐ List of legal referral and service organizations provided | 15. Check all claim types that apply: |
|---|---|
| 13. Interpreter needed (including sign language)   ☐ Yes  ☐ No  Language | ☐ RSI only   (RSI)  ☐ Title II Disability-worker or child only   (DIWC)  ☐ Title II Disability-Widow(er) only   (DIWW)  ☐ SSI Aged only   (SSIA)  ☐ SSI Blind only   (SSIB)  ☐ SSI Disability only   (SSID)  ☐ SSI Aged/Title II   (SSAC)  ☐ SSI Blind/Title II   (SSBC)  ☐ SSI Disability/Title II   (SSDC)  ☐ Title XVIII   (HI/SMI)  ☐ Title VIII Only   (SVB)  ☐ Title VIII/Title XVI   (SVB/SSI)  ☐ Other - Specify: |
| 14. Check one:  ☐ Initial Entitlement Case  ☐ Disability Cessation Case  ☐ Other Postentitlement Case | |
| 16. HO COPY SENT TO:   HO on  ☐ CF Attached: ☐ Title II; ☐ Title XVI; ☐ Title VIII; ☐ T XVIII  ☐ Title II CF held in FO   ☐ Electronic Folder  ☐ CF requested ☐ Title II; ☐ Title XVI; ☐ Title VIII; ☐ T XVIII  (Copy of email or phone report attached) | |
| 17. CF COPY SENT TO:   HO on  ☐ CF Attached: ☐ Title II; ☐ Title XVI; ☐ Title XVIII  ☐ Other Attached: | |

Form HA-501-U5 (02-2011) of (02-2011)   **TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS**
Destroy Prior Editions

 **SOCIAL SECURITY ADMINISTRATION**

Refer To:
Samantha Marie Head

Office of Hearings Operations
Rm 2405 Federal Bldg
700 West Capitol Ave
Little Rock, AR 72201-3227
Tel: (866)592-2549 / Fax: (833)561-0423

November 8, 2021

Samantha Marie Head
1405 Madden Road
Jacksonville, AR 72076

Dear Samantha Marie Head:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

residence when we schedule your hearing, you must submit evidence proving your new residence.

## The Hearing

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

## Your Right to An Interpreter At Your Hearing

**You are not required to bring an interpreter.**  You **must** request an interpreter so we can provide an interpreter **free of charge**.  When you request an interpreter, tell us what language you prefer (including ASL).  An interpreter can be requested by calling our office or sending a letter.

## Submitting Evidence

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

## You May See The Evidence In Your File

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

Form HA-L2 (04-2015)
Representative

See Next Page

Samantha Marie Head (                    )                                    Page 3 of 3

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
Form SSA-L1697-U3 (Acknowledgement of Representation)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to SSA)

cc: Mickey Stevens
     2615 N. Prickett Rd
     Ste 2
     Bryant, AR 72022

Form HA-L2 (04-2015)
Representative



**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Samantha Marie Head

Office of Hearings Operations
Rm 2405 Federal Bldg
700 West Capitol Ave
Little Rock, AR 72201-3227
Tel: (866)592-2549 / Fax: (833)561-0423

December 6, 2021

Samantha Marie Head
1405 Madden Road
Jacksonville, AR 72076

### NOTICE OF HEARING

We have scheduled your hearing for:

**Day:**  Monday       **Date:**     January 10, 2022       **Time:** 1:00 PM
                                                                 Central (CT)

We will conduct your hearing by telephone because it is not possible for you to attend in person or by video teleconferencing, or other extraordinary circumstances prevent you from attending in person or by video teleconferencing. On the date and at the time listed above, I will call you at the telephone number in our file. The number is (501)533-7284. If this is not the correct telephone number, please call this office immediately.

**It Is Important That You Attend Your Hearing**

I have set aside this time for you to tell me about your case. If you do not attend the hearing, I may **dismiss** your request for hearing unless I find that you have a good reason for not attending.

**Complete the Enclosed Form**

Please complete and return the enclosed acknowledgement form at the earliest opportunity. Please use the enclosed envelope to return the form to us. We sent your representative a copy of the acknowledgment form. Your representative also should return his or her copy of the form.

Form HA-83 (04-2015)
Claimant

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**If You Cannot Attend Your Scheduled Hearing**

If you are not able to attend your hearing at the time we have set, please call this office immediately.

If you wish to change the time of your hearing, you must ask for a change. Your request must be in writing to tell me why you need the change and the time you would like the hearing held.

You must ask for this change before the earlier of the two dates described below. The first date is 30 days after you receive this notice. The second date is 5 days before the date of your hearing. We assume you received this notice 5 days after the date on it unless you show us that you did not get it within the 5-day period.  If you delay in asking for a change, I will also decide whether you have a good reason for the delay. I will rule on your request based on our standards for deciding if there is a good reason for changing the time of your hearing.

I will decide whether you have a good reason for requesting the change. If I find you have a good reason for your request, we will set a new time for your hearing. We will also send another notice giving you the new time of your hearing. We will send this notice at least 20 days before the date of the new hearing.

**Submitting More Evidence and Reviewing Your File**

You are required to inform us about or submit all evidence known to you that relates whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.  **If you are aware of or have more evidence, such as recent records, reports, or evaluations, you must inform me about it or give it to me no later than 5 business days before the date of your hearing. If you do not comply with this requirement, I may decline to consider the evidence unless the late submission falls within a limited exception.**

If you missed the deadline to inform us about or submit evidence, I will accept the evidence if I have not yet issued a decision and you did not inform us about or submit the evidence before the deadline because:

1. Our action misled you;
2. You had a physical, mental, educational, or linguistic limitation(s) that prevented you from informing us about or submitting the evidence earlier, or;
3. Some other unusual, unexpected, or unavoidable circumstance beyond your control prevented you from informing us about or submitting the evidence earlier.

If you want to see your file before the date of your hearing, please call this office and make arrangements. If your file is electronic, you may ask for a copy on a compact disc.

Form HA-83 (04-2015)
Claimant

Samantha Marie Head (              )                              Page 3 of 5

**Issues I Will Consider**

The hearing concerns your application of November 8, 2018, for a Period of Disability and Disability Insurance Benefits under sections 216(i) and 223(a) of the Social Security Act (the Act). I will consider whether you are disabled under sections 216(i) and 223(d) of the Act.

Under the Act, I will find you disabled if you have a physical or mental condition(s) that:

- Keeps you from doing any substantial gainful work; **and**

- Has lasted 12 straight months, can be expected to last for 12 straight months, or can be expected to result in death.

I will follow a step-by-step process to decide whether you are disabled. I will stop the process at the first step I can make a decision. The steps in this process look at:

- Any work you have done after your condition(s) began;

- The severity of your condition(s);

- Whether you can do the kind of work you did in the past; and

- Whether you can do any other kind of work considering your age, education, and work experience.

I will also consider whether you have enough earnings under Social Security to be insured for a Period of Disability and Disability Insurance Benefits. If you do, I must decide whether you became disabled while you were insured.

Our regulations explain the rules for deciding whether you are disabled and, if so, when you became disabled. These rules are in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart B and Subpart P.

**More About the Issues**

If I find that you have been disabled, I will also consider whether your disability continues through the date of the decision or whether your condition(s) has improved.

**Remarks**

A vocational expert will appear at the hearing by telephone.

Form HA-83 (04-2015)
Claimant

See Next Page

**If You Object to the Issues**

If you object to the issues or remarks listed above, you must tell me in writing why you object. You must tell me as soon as possible before the hearing, but not later than 5 business days before the date of the hearing. You must state the reason(s) for your objection.

**Your Right To Request a Subpoena**

I may issue a subpoena that requires a person to submit documents or testify at your hearing. I will do this if the person has evidence or information that you reasonably need to present your case fully.

If you want me to issue a subpoena, you must write to me as soon as possible. I must receive your request no later than 10 days before your hearing. In your request, please tell me:

- What documents you need and/or who the witnesses are;

- The location of the documents or witnesses;

- The important facts you expect the document or witness to prove; and

- Why you cannot prove these facts without a subpoena.

**What Happens At the Hearing?**

- I will ask you and any other witnesses to take an oath or to affirm that the testimony is true.

- You will have a chance to testify and tell me about your case.

- You and your representative (if you have one) may submit documents, present and question witnesses, state your case, and give written statements about the facts and law. You must provide your written statements no later than 5 business days before the date of your hearing.

- I will ask you and any other witnesses questions that will help me make a decision in your case.

- We will make an audio recording of the hearing.

**The Decision**

After the hearing, I will issue a written decision and mail it to you. The decision will explain my findings of fact and conclusions of law. I will base my decision given all the evidence of record, including the testimony at your hearing.

Form HA-83 (04-2015)
Claimant

See Next Page

Samantha Marie Head (                    )                                    Page 5 of 5

**If You Have Any Questions**

If you have any questions, please call, **(866)592-2549**, or write this office. For your convenience, our address is on the first page of this notice.

Sincerely,

Mark Ferguson
Administrative Law Judge

Enclosures:
Form HA-504-OP1 (Acknowledgement of Receipt of Notice of Hearing)
Form HA-L84 (Vocational Expert Letter)

cc: Mickey Stevens
    2615 N. Prickett Rd
    Ste 2
    Bryant, AR 72022

Form HA-83 (04-2015)
Claimant

| REPORT OF CONTACT *(Use ink or typewriter)* | ACCOUNT NUMBER AND SYMBOL |
|---|---|

| | File ☒  NE ☐  MAT ☐  SE ☐  GL ☐  WN ☐ | NAME OF WAGE EARNER OR SE PERSON |
|---|---|---|
| TO: | MAM ☐  ODO ☐  OIO ☐  DDS ☐ | Samantha Marie Head |

PERSON(S) CONTACTED AND ADDRESSES   ☐ WE OR SE PERSON   ☐ OTHER *(specify)*

| CONTACT MADE: ☐ PHONE: ☐ OTHER: | DATE OF CONTACT December 6, 2021 |
|---|---|

SUBJECT

Today I spoke to Renae from Attorney, Mickey Stevens office.  She stated they agreed to proceed with the hearing via telephone and waived the 75 day notice of hearing.

SIGNATURE
Jenna Vaughn

| HEARING OFFICE *(Name, Address & Code)* Little Rock (X13) Rm 2405 Federal Bldg 700 West Capitol Ave Little Rock, AR 72201-3227 | CLAIMS ☐ CT  ☒ GS  ☐ AA/PA  ☐ HOD ☐ OTHER | DATE OF REPORT December 6, 2021 PAGE OF |
|---|---|---|

Form SSA-5002 (8-1981)  EF (02-2001)