# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAMANTHA HEAD**                                                               **PLAINTIFF**

**v.**                      **No. 4:21-CV-00916 ERE**

**KILOLO KIJAKAZI, Acting Commissioner
of the SOCIAL SECURITY ADMINISTRATION,
ET AL**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) Plaintiff's claims against the Social Security Administration are DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction; (2) Plaintiff's claims against individual defendants are DISMISSED WITH PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and (3) this action is DISMISSED in its entirety.

IT IS SO ORDERED this 16th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE